# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2009

Marilyn Kelly,
Chief Justice

137375

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 137375
                                     COA: 278799
                                     Kent CC: 06-009771-FH

TERRELL VASHAWN ROSS,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 26, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      HATHAWAY, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009 _____

1215

_____
Clerk